JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Francie Meth

### DEFENDANTS
Thomas Jefferson University Hospitals, Inc.; Susan West, M.D.; Donald Ye, M.D.; Courtney Pendleton, M.D.

(b) County of Residence of First Listed Plaintiff: **Mercer**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Philadelphia**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Frank Lagano, Law Offices of Frank Lagano, One Gateway Center Suite 2600-112, Newark, NJ 07102, (973) 679-7324

Attorneys *(If Known)*
Brett M. Littman, Esquire, O'Brien & Ryan, LLP, 2250 Hickory Road, Ste 300, Plymouth Meeting, PA 19462, (610) 834-6265

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** / **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☒ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332, 1441
Brief description of cause:
Medical malpractice involving neurosurgery

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ NONE
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: 
DOCKET NUMBER:

DATE: 12/20/2017
SIGNATURE OF ATTORNEY OF RECORD: /s/ Brett M. Littman

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIE METH | CIVIL ACTION |
| PLAINTIFF | |
| v. | |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.; COURTNEY PENDLETON, M.D.; DONALD YE, M.D.; SUSAN E. WEST, M.D.; JOHN AND JANE DOES 1-10 AND ABC ENTITIES 1-10 | |
| DEFENDANTS | JURY TRIAL DEMANDED |

### NOTICE OF REMOVAL

Defendants, Thomas Jefferson University Hospitals, Inc.; Courtney Pendleton, M.D.; Donald Ye, M.D.; and Susan E. West, M.D., pursuant to 28 U.S.C. §§ 1332 and 1441, hereby give notice of their removal of this action to this Court. In support of removal, Defendants aver as follows:

1. On May 26, 2017, plaintiff, Francie Meth, filed a complaint in the Superior Court of New Jersey, Law Division, Mercer County, Docket No.: MER-L-001101-17. A true and correct copy of Plaintiff's Civil Action Summons, Civil Case Information Statement, and Complaint are attached hereto as Exhibit "A."

2. The defendants are Thomas Jefferson University Hospitals, Inc.; Courtney Pendleton, M.D.; Donald Ye, M.D.; Susan E. West, M.D.; John and Jane Does 1-10; and ABC Entities 1-10. *See* Exhibit A.

3. Plaintiff served Defendant, Thomas Jefferson University Hospitals, Inc., with the Complaint and related documents identified as Exhibit A via Certified Mail, Return Receipt

Requested, on November 27, 2017. *See* Correspondence, dated November 17, 2017 from Plaintiff's counsel and marked "Received" on November 27, 2017, which is attached hereto as Exhibit "B."

### Complete Diversity of Citizenship Exists

4. Plaintiff is a citizen of the State of New Jersey. *See* Exhibit A, ¶ 1.

5. Courtney Pendleton, M.D. is a citizen of the Commonwealth of Pennsylvania.

6. Donald Ye, M.D. is a citizen of the Commonwealth of Pennsylvania.

7. Susan E. West, M.D. is a citizen of the Commonwealth of Pennsylvania.

8. Thomas Jefferson University Hospitals, Inc. is a non-profit corporation organized under the laws of the Commonwealth of Pennsylvania with its principal place of business in the Commonwealth of Pennsylvania.

9. Therefore, Thomas Jefferson University Hospitals, Inc. is a citizen of the Commonwealth of Pennsylvania only.

10. The "John Doe" and "ABC entities" defendants are irrelevant for the purposes of determining diversity. *See* 28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded.").

11. Accordingly, the citizenship of Plaintiff and Defendants is completely diverse.

### The Amount in Controversy Exceeds $75,000

12. This action satisfies the amount-in-controversy requirement. *See* 28 U.S.C. § 1332.

13. For the purposes of determining the amount in controversy, the allegations set forth in the plaintiff's complaint must be accepted as true. *See Steel Valley Auth. v. Union Switch & Signal Div.*, 809 F.2d 1006, 1010 (3d Cir. 1987).

14. This is a medical malpractice action. *See* Exhibit A.

15. Plaintiff alleges that Defendants were negligent in her care and treatment. *See* Exhibit A.

16. Plaintiff alleges that she underwent a left frontal craniotomy surgery. *See* Exhibit A, ¶ 8.

17. According to Plaintiff's Complaint, Ms. Meth developed an infection, which necessitated a second revision surgery, which required significant removal of additional bone from her head. *See* Exhibit A, ¶ 10-13.

18. Plaintiff further alleges that Defendants' alleged negligence caused her to "suffer serious and painful injuries, of a permanent and disabling [sic] nature, as well as emotional upset, emotional distress, physical distress and anxiety. She has and will in the future be required to incur expenses to treat the injuries sustained by her and has been unable to attend to her usual occupation and affairs, and has received and will receive in the future gratuitous services from her family and others, and will be deprived of her ability to enjoy the full pleasures and quality of life." Exhibit A, ¶ 17.

19. Plaintiff's Complaint does not specify the amount of her alleged damages. *See* Exhibit A.

20. "[T]he amount in controversy is not measured by the low end of an open-ended claim, but rather by a reasonable reading of the value of the rights being litigated." *Angus v. Shiley Inc.*, 989 F.2d 142, 146 (3d Cir. 1993)(*citing Hunt v. Washington State Apple Advertising*

3

*Comm'n,* 432 U.S. 333, 347, 97 S. Ct. 2434, 53 L.Ed. 2d 383 (1977))(additional citations omitted).

21. Unless the plaintiff explicitly limits the amount of damages sought, a case may be remanded only if it is a legal certainty that the plaintiff cannot recover more than the jurisdictional amount of $75,000. *See Frederico v. Home Depot,* 507 F.3d 188, 199 (3d Cir. 2007) (*citing St. Paul Mercury Indem. Co. v. Red Cab Co.,* 303 U.S. 283, 58 S. Ct. 586 (1938)).

22. Plaintiff alleges that Defendants' negligence caused her to suffer permanent injuries, including alleged past and alleged future harm. *See* Exhibit A.

23. Plaintiff seeks both economic and non-economic damages. *See* Exhibit A.

24. Given Plaintiff's demand for wide-ranging damages, including non-economic damages, and damages for ongoing harm, the potential damages which Plaintiff could recover in this action are significant.

25. Therefore, the Court can and should find that the amount in controversy in this action exceeds $75,000.

**Removal Jurisdiction Exists and Removal Is Proper**

26. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty days of Defendants' receipt of Plaintiff's Complaint, the initial pleading, on November 27, 2017.

27. Removal is proper pursuant to 28 U.S.C. § 1441(b) in cases where "the district courts have original jurisdiction." This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists and the amount in controversy exceeds $75,000.

28. This Notice of Removal meets all requirements set forth in 28 U.S.C. § 1446(b), including the attachment of a copy of all process, pleadings, and orders served upon Defendants in the underlying state court proceedings. *See* Exhibits A.

29. All defendants consent to the removal of this action.

30. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Superior Court of New Jersey, Law Division, Mercer County, and written notice will be given to Plaintiff.

31. Nothing contained in this Notice of Removal should constitute a waiver of personal jurisdiction by Defendants.

WHEREFORE, Defendants hereby remove this action to the United States District Court for the District of New Jersey.

Respectfully submitted,

**O'BRIEN & RYAN, LLP**

*s/ Brett M. Littman*
BRETT M. LITTMAN
Hickory Pointe
2250 Hickory Road, Suite 300
Plymouth Meeting, PA 19462
(610) 834-8800
(610) 834-1749 (fax)
blittman@obrlaw.com
*Attorney for Defendants,
Thomas Jefferson University
Hospitals, Inc.; Courtney
Pendleton, M.D.; Donald Ye,
M.D.; and Susan E. West, M.D.*

Dated: December 20, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIE METH | CIVIL ACTION |
| PLAINTIFF | |
| v. | |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.; COURTNEY PENDLETON, M.D.; DONALD YE, M.D.; SUSAN E. WEST, M.D.; JOHN AND JANE DOES 1-10 AND ABC ENTITIES 1-10 | |
| DEFENDANTS | JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, Brett M. Littman, Esquire, hereby certify that I caused a copy of the foregoing Notice of Removal to be served this day, via electronic filing and United States First Class Mail, postage pre-paid, upon the following:

Frank Lagano, Esquire
Law Offices of Frank Lagano
One Gateway Center
Suite 2600-112
Newark, NJ 07102

O'BRIEN & RYAN, LLP
*s/ Brett M. Littman*
BRETT M. LITTMAN
Hickory Pointe
2250 Hickory Road, Suite 300
Plymouth Meeting, PA 19462
(610) 834-8800
(610) 834-1749 (fax)
blittman@obrlaw.com
*Attorney for Defendants,*
*Thomas Jefferson University*
*Hospitals, Inc.; Courtney*
*Pendleton, M.D.; Donald Ye,*
*M.D.; and Susan E. West, M.D.*

Dated: December 20, 2017