NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIE METH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC.; DR. COURTNEY PENDLETON, M.D.; DR. DONALD YE, M.D.; DR. SUSAN E. WEST, M.D.; JOHN AND JANE DOES 1-10; and ABC ENTITIES 1-10,<br><br>　　　　　Defendants. | Civ. No. 17-13323<br><br>**ORDER**<br><br>RECEIVED<br><br>FEB 0 9 2018<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

THOMPSON, U.S.D.J.

　　　For the reasons stated in this Court's Opinion on this same day,

　　　IT IS on this ___9th___ day of February, 2018,

　　　ORDERED that Defendants' Motion to Dismiss (ECF No. 3) is GRANTED; and it is further

　　　ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Courtney Pendleton, M.D.; Donald Ye, M.D.; and Susan E. West, M.D.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Anne E. Thompson
　　　　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON, U.S.D.J.